IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOSHUA RYAN SMITH, #293 647, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:18-CV-955-WHA |
| | ) | |
| ALAN SYLER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the court is the Recommendation of the Magistrate Judge entered April 2, 2019. Doc. 25. There being no timely objection filed to the Recommendation, and based on an independent and *de novo* review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

A separate Final Judgment will be entered.

Done, this 25th day of April 2019.

    /s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE